UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID CARLTON CORENTHAN ,

                    Plaintiff,

        v.

RAPID RIDE E-LINE, et al.,

                    Defendant.

CASE NO. 2:26-cv-00146-JLR-BAT

**REPORT AND RECOMMENDATION**

Plaintiff, a King County detainee, filed a § 1983 complaint against King County Transit and transit operator Tsgae Yohanis. Dkt. 7. The Court recommends DISMISSING the complaint without prejudice under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

1.      The complaint alleges on September 10, 2024, Plaintiff got on a bus and held the bus's middle-doors open so a companion could get on the bus. Plaintiff claims the bus driver tried to close the doors and then pushed Plaintiff away from the doors. Plaintiff said, "what are you doing touching me" and then left. Plaintiff claims the driver assaulted him and further alleges "I also was put into jail for this for 57 months."

2.      Under *Heck v. Humphry,* "if a criminal conviction arising out of the same facts stands and is fundamentally inconsistent with the unlawful behavior for which section 1983 damages are sought, the 1983 action must be dismissed." *Smith v. City of Hemet*, 394 F.3d 689,

REPORT AND RECOMMENDATION - 1

695 (9th Cir. 2005) (quoting *Smithart v. Towery*, 79 F.3d 951, 952 (9th Cir. 1996)); *see Heck v. Humphrey*, 512 U.S. at 489-87.

3.      The Court finds Plaintiff's action is barred by the *Heck* doctrine. Plaintiff alleges he was put into jail for 57 months over the incident. Thus, a judgment in favor of Plaintiff's § 1983 complaint would necessarily imply the invalidity of the 57 months he received for his criminal conviction. As Plaintiff has not shown his conviction and sentence have been invalidated or overturned the present § 1983 complaint is *Heck* barred. Accordingly, the Court recommends the complaint be **DISMISSED** without prejudice. *See Trimble v. City of Santa Rosa*, 49 F.3d 583, 585 (9th Cir.1995) (per curiam) (Heck-barred claims must be dismissed without prejudice so that the plaintiff may "reassert his claims if he ever succeeds in invalidating his conviction.").

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order.  Thus, Plaintiff should not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **February 18, 2026.**  The Clerk shall note the matter for **February 19, 2026**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 30th day of January, 2026.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2