UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID CARLTON CORENTHAN ,

               Plaintiff,

    v.

RAPID RIDE E-LINE,

               Defendant.

CASE NO. 2:26-cv-00146-JLR-BAT

**ORDER OF DISMISSAL**

Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, all objections, responses, and the record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed without prejudice.

    (3)    The Clerk shall provide a copy of this Order to Plaintiff.

Dated this \_\_\_\_24th\_\_\_\_ day of _____February_____, 2026.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1